

**THE UNIVERSITY OF TENNESSEE KNOXVILLE**

September 15, 2020

Mr. Jonathan Beckers
7800 Mendon Hall Estates Blvd.
Knoxville, TN 37938

Subject: Family and Medical Leave (FML)

Mr. Beckers:

Your request for Family and Medical Leave has been received and approved. A copy of this approval letter has been forwarded to the Payroll Office and your supervisor.

The 12-month period in which you are entitled to take up to 12 weeks (480 hours) of FML began: **7/27/2020**. You indicated that you do not wish to retain hours of sick leave per Policy HR0338-Family and Medical Leave.

The medical certification indicates that your leave will be intermittent. This FML approval is effective through **10/27/2020**. You will need to re-submit an updated FML request form and medical certification if you need to continue your medical leave beyond this date. The physician estimated the frequency of your intermittent leave will be as needed for care and appointments. If changes occur, updated medical information will be required. **Please note, it is your responsibility to communicate absences with your supervisor consistent with departmental practice for missed work.**

If FML is taken for childbirth, placement for adoption or foster care and extends for longer than one year you will need to re-submit an updated FML request form. Also, for childbirth or adoption, under the Tennessee Parental Leave Act (TPLA), you are entitled to 4 months of leave. Your paid leave, FML leave and TPLA leave will run concurrently.

While on FML, if you run out of leave accruals and are placed in an unpaid leave status you will be responsible for paying your portion of your insurance premiums directly to payroll or your coverage will lapse. You will not accrue leave or receive retirement creditable service while on leave without pay.

Please direct any questions about insurance to the Payroll Office at (865) 974-5251. If you have questions regarding accommodations under the Americans with Disabilities Act (ADA), please call the Office of Equity and Diversity at (865) 974-2498. You can review resources available through the Employee Assistance Program at the website (www.Here4TN.com) or by calling 1-855-437-3486.

If you have any questions or need additional information about FML, you may contact me at familymedicalleave@utk.edu.

Sincerely,

*Michelle Currier*

Michelle Currier
Compensation Assistant

Human Resources
Compensation
105 Student Services Building, Knoxville, TN 37996-0213
865-974-6642   hr.utk.edu

**BIG ORANGE. BIG IDEAS.**