

Exhibit C

**CONFIDENTIAL**  March 26, 2021

Recommendations for Reasonable Accommodations

Employee: Jonathan Beckers
Supervisor(s): Jim Underwood

UTK employee Jonathan Beckers has submitted a request for reasonable accommodations and supporting medical documentation to the Office of Equity & Diversity (OED.) In considering this request for reasonable accommodations, OED met with Jonathan to discuss the responsibilities of his position, and the difficulties he would experience due to his disability associated with the current evening schedule and assigned overtime hours. Jonathan is currently employed as a Community Service Officer in the University of Tennessee Police Department.

As part of the interactive process, OED met with Jonathan's leadership team, including Sean Patterson and Jeff Severs to discuss the essential functions related to Jonathan's responsibilities. Additionally, OED reviewed the information provided by Jonathan's medical provider, and conducted research on the Job Accommodations Network (JAN) regarding potential accommodations for employees with conditions similar to those noted by Jonathan and his medical provider.

Based on the information collected and reviewed by OED, we recommend the following as potential reasonable accommodations:

- daytime shift schedule
- work hours not to exceed 40 hours/week

Please feel free to contact OED with any questions regarding these recommendations. We hope that implementing these recommendations will provide a healthy and productive working environment for Jonathan.

Office of Equity & Diversity
1840 Melrose Avenue, Knoxville, TN 37996-3560
865-974-2498   865-974-0943 fax   oed.utk.edu

BIG ORANGE. BIG IDEAS.
Flagship Campus of the University of Tennessee System UT