

Exhibit D

April 1, 2021

Jonathan Beckers
7800 Mendonhall Estates Blvd.
Knoxville, TN 37938

Jonathan,

This letter is in response to your request for a day shift position. We are in receipt of the recommendation(s) letter dated March 26, 2021 from the Office of Equity & Diversity (OED) regarding your accommodation request.

We have evaluated your request and subsequent OED recommendation(s) based on the needs of the department and the information you have provided. Unfortunately, there are no day shift positions currently available as we can neither create a new position nor remove another employee from his/her position at this time.

Therefore, the university is willing to place you on an unpaid leave of absence for a period of up to two years, until such time that a day shift position becomes available or you are released by your healthcare provider to work other shifts.

**Please notify the department in writing by Friday April 9, 2021 if you wish to be placed on an unpaid leave of absence. If we have not heard from you by, April 9 we will assume you wish to resign from the University.**

If you are enrolled in any of the University's healthcare plans you must contact the Payroll Office at (865) 974-5251 to make payment arrangements for your healthcare premiums while on a leave of absence.

As a reminder, the University provides time off to eligible university employees consistent with the federal Family and Medical Leave Act. For questions regarding FMLA contact Michelle Currier, Human Resources, at familymedicalleave@utk.edu or (865) 974-1962. If you wish to explore alternative employment opportunities at the university, please contact Alica Shamblin, HR Recruitment, at (865) 974-4540. The Employee Assistance Program may serve as a confidential resource for you and can be reached at 855-437-3486 or www.Here4TN.com.

Let me know if you have any questions. Alternatively, you may contact Julie Roe, Human Resources, at (865) 974-6452.

Police Department

1101 Cumberland Avenue, Knoxville, TN 37996-1940

Flagship Campus of the University of Tennessee System

Regards,

*[signature]*

Deputy Chief Jeff Severs

C: Assistant Chief Sean Patterson
Julie Roe, Human Resources
Jill Malolepszy, OED