IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **JONATHAN BECKERS**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No. 3:22-cv-374** |
| ) | |
| **UNIVERSITY OF TENNESSEE,** ) | JURY DEMAND |
| **KNOXVILLE,** ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Per the Court's Order [Doc #24], the parties, through counsel, jointly submit this status report.

The parties have reached an agreement in principle that would resolve all claims in this matter. The parties are finalizing settlement agreement terms. The parties believe the matter will be ready for dismissal within the next thirty (30) days.

Respectfully submitted this the 12th day of March, 2024.

*s/Adam Strachn (by MDF, w/perm.)*
Adam Strachn, TN BPR #033915
Law Office of Adam Strachn, PLLC
11124 Kingston Pike, Suite 119-317
Knoxville, TN 37934

865-419-0747
adam@strachnlaw.com
*Attorneys for the Plaintiff*

*s/ Michael D. Fitzgerald*
Michael D. Fitzgerald, TN BPR #020079
Associate General Counsel
The University of Tennessee
Office of General Counsel
505 Summer Place – UT Tower 1155
Knoxville, TN 37902

865-974-9321
mike.fitzgerald@tennessee.edu
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

       I hereby certify that on Mrach 12, 2024, the foregoing Joint Status Report was filed using the Court's electronic filing system and a copy will be served upon all counsel of record, including the following, via the Court's CM/ECF system:

       Adam Strachn, Esq.
       Law Office of Adam Strachn, PLLC
       11124 Kingston Pike, Ste. 119-317
       Knoxville, TN 37934
       adam@strachnlaw.com

       *s/Michael D. Fitzgerald*
       Michael D. Fitzgerald (TN BPR #020079)